UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s), | No.        (JL) |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** (Cases Excluded Under L.R. 16-1(c)) |
| Defendant(s). | |

IT IS HEREBY ORDERED that, pursuant to Fed.R.Civ.P. 16(b) and Civil L.R. 16-1(g), a Case Management Conference will be held in this case before the Honorable James Larson on              at 10:30 a.m. in Courtroom C, 15th floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by lead trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally.

IT IS FURTHER ORDERED that, within 45 days of filing the complaint, and in accordance with Civil L.R. 4-2, plaintiff shall complete the service of the complaint on at least one defendant and file either a waiver of service or a certification of service of process. Failure to file the waiver of service or a certification of service will result in issuance by the Court of an Order to Show Cause why the complaint should not be dismissed for failure of prosecution.

IT IS FURTHER ORDERED that no later than 10 days before the Case Management Conference, each party shall file a Case Management Statement containing at least the following information:

(1) A brief description of the events underlying the lawsuit;

(2) A statement that all defendants (or third party-defendants, if any) have been served, or information about when the party plans to serve all remaining defendants;

(3) What discovery the party intends to take, including, but not limited to, the identity of all persons the party intends to depose.

FORM.CMC

1   In addition, the parties must be prepared to discuss knowledgeably with the Court at
2   the Case Management Conference any of the other subjects listed in Fed.R.Civ.P. 16 or in
3   Civil L.R. 16-8.

4   IT IS FURTHER ORDERED that **PLAINTIFF** shall at once serve copies of this Order,
5   and the attached Magistrate Judges' Uniform Standing Order for Motion Practice, on all parties
6   to this action, and on any parties subsequently joined, in accordance with Fed.R.Civ.P. 4 and
7   5 and Civil L.R. 16-2(a). Following service, plaintiff shall file a certificate of service with the
8   Clerk of this Court.

9   Failure to comply with this Order or with the Local Rules of this Court may result in
10  sanctions, including the dismissal of the complaint or the entry of a default. See Fed.R.Civ.P.
11  16(f); Civil L.R. 1-4.

12  Dated:

13  _____
    JAMES LARSON
14  United States Magistrate Judge

15  Copies mailed as follows:

FORM.CMC