1  MICHELLE B. HEVERLY, Bar No. 178660
   ERICA H. KELLEY, Bar No. 221702
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   14th Floor
4  San Jose, CA 95113.2303
   Telephone:  408.998.4150
5
   Attorneys for Defendant
6  THE REYNOLDS AND REYNOLDS COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | Frederick H. Greenley,                | Case No. C 07-03208 JL
13 |             Plaintiff,                | **CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**
14 |    v.                                 |
15 | The Reynolds & Reynolds Company, and  |
   | Does 1 through 20, inclusive,         |
16 |                                       |
   |             Defendant.                |
17

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C 07-03208 JL [E-Filing]    1.    CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

I, Suzanne M. Barnes, certify and declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113-2303. On June 26, 2007, I served a copy of the Notice to State Court and Adverse Party of Removal of Civil Action to Federal Court and the Certificate of Interested Parties to the person(s) at the address(es) set forth below:

Douglas A. Kahn
Law Offices of Douglas A. Kahn
1299 Fourth Street, Suite 307
San Rafael, CA 94901

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 26, 2007.

Suzanne M. Barnes

Firmwide:82693269.1 046961.1012

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C 07-03208 JL [E-Filing]    2.    CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT