1  MICHELLE B. HEVERLY, Bar No. 178660
   ERICA H. KELLEY, Bar No. 221702
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   14th Floor
4  San Jose, CA  95113.2303
   Telephone:   408.998.4150
5
   Attorneys for Defendant
6  THE REYNOLDS AND REYNOLDS COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | Frederick H. Greenley,                    | Case No.  C 07-03208 JL
13 |            Plaintiff,                     | **PROOF OF SERVICE**
14 |     v.
15 | The Reynolds & Reynolds Company, and
   | Does 1 through 20, inclusive,
16 |
   |            Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

CASE NO. C 07-03208 JL [E-Filing]                                    PROOF OF SERVICE

1  I, Suzanne M. Barnes, certify and declare as follows:

2      I am a resident of the State of California, over the age of eighteen years, and not a party to
3  the within action. My business address is 50 West San Fernando Street, 14th Floor, San Jose,
4  California 95113-2303. I am readily familiar with this firm's practice for collection and processing
5  of correspondence for mailing with the United States Postal Service. On June 26, 2007, I placed
6  with this firm at the above address for deposit with the United States Postal Service a true and
7  correct copy of the within documents:

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

2. **JUDGE JAMES LARSON'S STANDING ORDERS**

3. **FORM DOCUMENTS: NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER, JOINT CASE MANAGEMENT STATEMENT, ORDER SETTING CASE MANAGEMENT CONFERENCE, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

4. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL,**

5. **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**

6. **DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**

In a sealed envelope, postage fully paid, addressed as follows:

Douglas A. Kahn
Law Offices of Douglas A. Kahn
1299 Fourth Street, Suite 307
San Rafael, CA  94901

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 26, 2007.

*Suzanne Barnes*
Suzanne M. Barnes

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C 07-03208 JL [E-Filing]                                        PROOF OF SERVICE