MICHELLE B. HEVERLY, Bar No. 178660
ERICA H. KELLEY, Bar No. 221702
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
THE REYNOLDS AND REYNOLDS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Frederick H. Greenley,<br><br>    Plaintiff,<br><br>    v.<br><br>The Reynolds & Reynolds Company, and Does 1 through 20, inclusive,<br><br>    Defendant. | Case No. C 07-03208 JL<br><br>**NOTICE OF FILING REMOVAL** |

TO: PLAINTIFF FREDERICK H. GREENLEY AND HIS ATTORNEY OF RECORD

NOTICE IS HEREBY GIVEN that THE REYNOLDS AND REYNOLDS COMPANY, Defendant in Action No. CIV 462679, Superior Court of the State of California, County of San Mateo, has filed in the United States District Court, Northern District of California, San Francisco Division, a Notice of Removal of Civil Action pursuant to 28 U.S.C. sections 1332(a)(1), 1441 and 1446.

Dated: June 26, 2007

_____
MICHELLE B. HEVERLY
ERICA H. KELLEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
THE REYNOLDS AND REYNOLDS COMPANY

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C 07-03208 JL [E-Filing]          NOTICE OF FILING REMOVAL

**PROOF OF SERVICE BY MAIL**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 26, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

in a sealed envelope, postage fully paid, addressed as follows:

Douglas A. Kahn
Law Offices of Douglas A. Kahn
1299 Fourth Street, Suite 307
San Rafael, CA 94901

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 26, 2007, at San Jose, California.

_____
Suzanne Barnes

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C 07-03208 JL [E-Filing]             NOTICE OF FILING REMOVAL