1  MICHELLE B. HEVERLY, Bar No. 178660
   ERICA H. KELLEY, Bar No. 221702
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   14th Floor
4  San Jose, CA 95113.2303
   Telephone:   408.998.4150
5
   Attorneys for Defendant
6  THE REYNOLDS AND REYNOLDS COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | Frederick H. Greenley,                    | Case No.  C 07-03208 JL
13 |         Plaintiff,                        | **DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**
14 |     v.                                    |
15 | The Reynolds & Reynolds Company, and Does 1 through 20, inclusive, |
16 |         Defendant.                        |

17

18
19         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
20 associations of persons, firms, partnerships, corporations (including parent corporations) or other
21 entities (i) have a financial interest in the subject matter in controversy or in a party to the
22 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
23 substantially affected by the outcome of this proceeding: The Reynolds and Reynolds Company,
24 Dealer Computer Services, Inc. as the parent company of The Reynolds and Reynolds Company and
25 Plaintiff Frederick H. Greenley.
26 ///
27 ///
28 ///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose CA 95113 2303
408 998 4150

Firmwide:82643556.1 046961.1012                                      Case Number: CIV 462679

CERTIFICATE OF INTERESTED ENTITIES OR PARTIES

1  Dated: June 19, 2007

*[signature: Michelle Heverly]*

MICHELLE B. HEVERLY
ERICA H. KELLEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
THE REYNOLDS AND REYNOLDS COMPANY

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

Firmwide:82643556.1 046961.1012          2.          Case Number: CIV 462679

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

## PROOF OF SERVICE BY MAIL

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 19, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

in a sealed envelope, postage fully paid, addressed as follows:

Douglas A. Kahn
Law Offices of Douglas A. Kahn
1299 Fourth Street, Suite 307
San Rafael, CA 94901
*Attorneys for Plaintiff*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 19, 2007, at San Jose, California.

*Suzanne Barnes*
Suzanne M. Barnes

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:82638970.1 046961.1012