DOUGLAS A. KAHN (SB#: 120790)
Law Offices of Douglas A. Kahn
1299 Fourth Street, Suite 307
San Rafael, California 94901
Telephone:   (415) 460-2888
Facsimile:    (415) 460-2730
Email:   dougkahn@pacbell.net

Attorney for Plaintiff
FREDERICK H. GREENLEY

FILED
07 JUN 22 PM 2: 01

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREDERICK H. GREENLEY,<br><br>  Plaintiff,<br><br>v<br><br>THE REYNOLDS & REYNOLDS COMPANY, and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.  C 07-03208 JL<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff FREDERICK H. GREENLEY hereby demands a jury on all issues in the above-captioned case.

Respectfully submitted,

Date: 6/20/07

Douglas Kahn,
Attorney for FREDERICK H. GREENLEY

DEMAND FOR JURY TRIAL
CASE NO. C 07-03208 JL

**PROOF OF SERVICE**

I, Carol Silva, hereby declare:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at 1299 Fourth Street, Suite 307, San Rafael, California 94901.

On 20 June 2007, I served the within :

**DEMAND FOR JURY TRIAL**

on the interested parties in said action, by placing a true copy thereof in a sealed envelope(s) addressed as follows:

Michelle B. Heverly
Littler, Mendelson, et al.
50 West San Fernando Street, 14th Floor
San Jose, California 95113
**(Facsimile: (408) 288-5686)**

and/or served the named document(s) in the manner indicated below:

**X   BY MAIL:** I caused true and correct copies of the above document(s) to be served by mail, by following normal daily business mailing procedures which is, mail is to be placed and sealed in envelope(s) addressed to the addressee(s) to be picked up at 1299 Fourth Street, Suite 307, San Rafael, California 94901, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

_____   **BY PERSONAL SERVICE:** I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

_____   **BY EXPRESS SERVICES OVERNITE:** I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to FEDERAL EXPRESS SERVICES for overnight courier service to the office(s) of the addressee(s).

_____   **BY FACSIMILE:** I caused a copy(ies) of such document(s) to be transmitted via facsimile of the machine(s). The fax number of the machine from which the document was transmitted was fax number (415) 460-2730. The fax number(s) to which the document(s) were transmitted are listed above. The fax transmittal was reported as complete and without error. I caused the transmitting facsimile machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

**X   FEDERAL:** I declare that I am employed in the office of a member of the bar of California Federal Courts at whose direction the service was made.

///

///

///

PROOF OF SERVICE
CASE NO.: C 07-03208 JL

1  I declare under penalty of perjury under laws of the State of California that the foregoing
2  is true and correct and that this declaration was executed by me on this 20th day of June, 2007
3  at San Rafael, California.

4
5  _____Carol Silva_____
   CAROL SILVA

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE
CASE NO.: C 07-03208 JL