MICHELLE B. HEVERLY, Bar No. 178660
ERICA H. KELLEY, Bar No. 221702
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
Telephone:   408.998.4150

Attorneys for Defendant
THE REYNOLDS AND REYNOLDS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Frederick H. Greenley,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>The Reynolds & Reynolds Company, and Does 1 through 20, inclusive,<br><br>　　　　　Defendant. | Case No.  C 07-03208 JL<br><br>**DEFENDANT'S DECLINATION TO ASSIGNMENT TO MAGISTRATE JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 28, 2007

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michelle Heverly
　　　　　　　　　　　　　　　　　　　　　　　　MICHELLE B. HEVERLY
　　　　　　　　　　　　　　　　　　　　　　　　ERICA H. KELLEY
　　　　　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON
　　　　　　　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　THE REYNOLDS AND REYNOLDS COMPANY

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:82705687.1 046961.1012                                                Case Number: C 07-03208 JL

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT