UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Frederick H. Greenley,
        Plaintiff(s),

v.

The Reynolds & Reynolds Company, and Does 1 through 20, inclusive,
        Defendant(s).
_____/

CASE NO. C 07-03208 SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process

☒ request an Early Settlement Conference with a Magistrate Judge
**Parties are requesting an Early Settlement Conference in October 2007.**

Date of Case Management Conference September 26, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michelle B. Heverly | Defendant, The Reynolds & Reynolds Company | 408-998-4150 | mheverly@littler.com |
| Douglas A. Kahn | Plaintiff, Frederick H. Greenley | 415-460-2888 | dougkahn@pacbell.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: September 5, 2007        / s / Douglas A. Kahn
                                                                                               Attorney for Plaintiff

Dated: September 5, 2007        / s / Michelle B. Heverly
                                                                                               Attorney for Defendant

American LegalNet, Inc.
www.USCourtForms.com