MICHELLE B. HEVERLY, Bar No. 178660
ERICA H. KELLEY, Bar No. 221702
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150

Attorneys for Defendant
THE REYNOLDS AND REYNOLDS COMPANY

DOUGLAS A. KAHN
Law Offices of Douglas A. Kahn
1299 Fourth Street, Suite 307
San Rafael, California 94901
Telephone: (415) 460-2888
Facsimile: (415) 460-2739
Email: dougkahn@pacbell.net

Attorney for Plaintiff
FREDERICK H. GREENLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Frederick H. Greenley, <br><br>    Plaintiff, <br><br>    v. <br><br> The Reynolds & Reynolds Company, and Does 1 through 20, inclusive, <br><br>    Defendant. | Case No.  C 07-03208 SBA <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br><br> Honorable Saundra Brown Armstrong |

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

**CASE NO. C 07-03208 SBA [E-Filing]**
Firmwide:83048220.1 046961.1012

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

1   Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Standing Order
2   for all judges of the Northern District of California, counsel met and conferred in compliance with
3   Federal Rules of Civil Procedure. Defendant Cisco Systems, Inc. and Plaintiff Frederick Greenley
4   file this case management statement pursuant to Civil Local Rule 16-9.
5   Plaintiff Federick Greenley ("Plaintiff") is represented by Douglas A. Kahn.
6   Defendant The Reynolds and Reynolds Company ("Defendant") is represented by
7   lead counsel Michelle B. Heverly and Erica H. Kelley, both of Littler Mendelson, PC.

## I. JURISDICTION AND SERVICE

Defendant timely filed a notice of removal based on Diversity because Plaintiff is a resident of the state of California and Defendant is incorporated under the laws of Ohio and has its principal place of business in Ohio. All of the parties to the action have been served.

## II. FACTS

The Reynolds and Reynolds Company provides information management systems and related services to the automotive industry, and provides automotive dealers with solutions to increase sales and customer retention and improve customer satisfaction through services, consultative analysis and sales of forms and other consumables. Plaintiff was hired by Defendant in approximately 1982 and became a sales associate in Northern California. In 2002, Plaintiff signed a Sales Representative and Associate Agreement for California Employees that specifically stated that he would be bound by the terms of agreement. In 2007, Defendant mandated that its employees, including Plaintiff, sign a new employment agreement containing, among other things, non-competition, non-solicitation, and arbitration provisions. Plaintiff was thereafter terminated because he refused to sign the agreement.

Factual issues in dispute thus include whether the employment agreement, which Plaintiff refused to sign, was against California's public policy and whether the customer lists and forms are protected trade secrets. The parties also dispute whether Plaintiff took sufficient steps to mitigate his alleged damages.

## III. LEGAL ISSUES

The primary issue of law disputed by the parties is whether or not the employment

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:83048220.1 046961.1012         2.         **CASE NO. C 07-03208 SBA [E-Filing]**
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

agreement was unlawful under California's public policy and in violation of Cal. Bus. and Prof Code §17200.

## IV. MOTIONS

Plaintiff intends to file injunctive or declaratory relief in October 2007. Thereafter or concomitantly, Plaintiff might file a motion for summary adjudication on liability. Defendant may also file a motion for summary judgment, or in the alternative, summary adjudication after Plaintiff's motion for declaratory relief is heard.

## V. AMENDMENT OF PLEADINGS

Plaintiff does not intend to amend the pleadings at this time, although he might seek to remand the case to state court if individual liability is discovered which might defeat diversity jurisdiction.

## VI. EVIDENCE PRESERVATION

Defendant The Reynolds and Reynolds Company will be issuing a litigation hold in order to preserve all electronic evidence relevant to the issues in this action.

## VII. DISCLOSURES

The parties have agreed to exchange Rule 26 Initial Disclosures on September 21, 2007.

## VIII. DISCOVERY

With the initial case management conference set for September 26, 2007, neither party has engaged in any discovery to date. In addition, neither party anticipates conducting discovery outside the scope permitted by the Federal Rules of Civil Procedure. The parties propose the following discovery deadlines:

| | |
|---|---|
| Close of Non-Expert Discovery: | February 15, 2008 |
| Date for Disclosure of Experts: | TBD (90 Days Prior to Trial) |
| Close of Expert Discovery: | TBD (30 Days Prior to Trial) |

**Defendant's Discovery Plan**

1. Defendant anticipates noticing and taking three to five depositions, including

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:83048220.1 046961.1012       3.       **CASE NO. C 07-03208 SBA [E-Filing]**
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

expert depositions. Defendant will propound Interrogatories, Requests For Production of Documents, and may propound Requests For Admissions.

2. Defendant intends to conduct additional written discovery related to the above-described factual and legal contentions and related to the affirmative defenses set forth in its General Denial and Affirmative Defenses.

3. Defendant anticipates filing a dispositive motion after Plaintiff's declaratory relief motion is heard.

4. Defendant does not anticipate any proposed changes to the FRCP discovery limits.

5. Defendant is not aware of any issues that must be brought to the Court's attention at this time regarding the timing, sequencing, phasing, or scheduling of discovery.

6. Defendant does not anticipate the need to take discovery outside the United States.

7. Defendant will videotape the deposition of Plaintiff and other witnesses.

**Plaintiff's Discovery Plan**

1. Plaintiff anticipates noticing and taking approximately three to five depositions, including expert depositions. Plaintiff will propound Interrogatories, Requests For Production of Documents, and may propound Requests For Admissions.

2. Plaintiff will videotape the deposition of certain Defendants and other witnesses.

**IX. RELATED CASES:**

There are no related cases pending in this Court.

**X. RELIEF**

Plaintiff seeks injunctive or declaratory relief regarding whether the previously executed employment agreement and the proposed employment agreement (for which his refusal to sign caused him to be fired) is against California's public policy. Plaintiff also seeks damages, including compensatory and punitive damages and attorneys fees and costs according to proof.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:83048220.1 046961.1012      4.      **CASE NO. C 07-03208 SBA [E-Filing]**
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

## XI. SETTLEMENT AND ADR

The parties have not engaged in settlement discussions to date. The parties are amenable to an early settlement conference before a magistrate judge to be set in October 2007.

## XII. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

Defendant did not consent to a Magistrate for all purposes.

## XIII. OTHER REFERENCES

This case is not suitable for reference to a special master, or the Judicial Panel on Multidistrict Litigation.

## XIV. NARROWING OF ISSUES

Defendant requests bifurcation of the punitive damages portion of Plaintiff's claims. Plaintiff intends to file a motion for declaratory relief pertaining to the legality of both employment agreements. Once the Court decides that issue, the trial may or may not be limited to damages and Plaintiff's mitigation efforts.

## XV. EXPEDITED SCHEDULE

Not having conducted discovery to date, it is too early for the parties to opine on whether this is the type of case that can be handled on an expedited basis with streamlined procedures.

## XVI. SCHEDULING

| | |
|---|---|
| Exchange of Initial Disclosures (FRCP 26(a)(1) | September 21, 2007 |
| Non-Expert Discovery Completion Date | February 15, 2008 |
| Deadline for Non-Dispositive Motions | 60 days prior to trial |
| Deadline For Filing Dispositive Motions | 60 days prior to trial |

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:83048220.1 046961.1012    5.    **CASE NO. C 07-03208 SBA [E-Filing]**

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

| | |
|---|---|
| Settlement Conference | October 2007 |
| Disclosure of Expert Witnesses | 90 days prior to trial |
| Pre-trial conference | 6 weeks prior to trial |
| Expert witness discovery completion date | 30 days prior to trial |
| Proposed Trial Date | April 28, 2008 |

## XVII. TRIAL

Defendant requests a bench trial, however, Plaintiff requests a jury trial. The parties estimate a total of 3-4 days for trial.

## XVIII. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: The Reynolds and Reynolds Company, Dealer Computer Services, Inc. as the parent company of The Reynolds and Reynolds Company and Plaintiff Frederick Greenley.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:83048220.1 046961.1012    6.    **CASE NO. C 07-03208 SBA [E-Filing]**
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1 | Dated: September 17, 2007

                                               / s /  
MICHELLE B. HEVERLY  
ERICA H. KELLEY  
LITTLER MENDELSON  
A Professional Corporation  
Attorneys for Defendant  
THE REYNOLDS AND REYNOLDS COMPANY

Dated: September 17, 2007

                                               / s /  
DOUGLAS A. KAHN  
Law Offices of Douglas A. Kahn  
Attorney for Plaintiff  
Frederick Greenley

LITTLER MENDELSON  
A Professional Corporation  
50 West San Fernando Street  
14th Floor  
San Jose, CA 95113.2303  
408.998.4150

Firmwide:83048220.1 046961.1012        7.        **CASE NO. C 07-03208 SBA [E-Filing]**

JOINT CASE MANAGEMENT CONFERENCE STATEMENT