UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 9/26/07

C-07-03208 SBA                JUDGE: SAUNDRA BROWN ARMSTRONG

Title: GREENLEY vs. THE REYNOLDS & REYNOLDS COMPANY

Atty.: DOUG KAHN                ERIKA KELLY

                                MICHELLE HEVERLY

Deputy Clerk: Lisa R. Clark          Court Reporter: N/R

**PROCEEDINGS**
Plt   DFT
( ) ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( ) ( ) 2. _____
( ) ( ) 3. _____
( ) ( ) 4. _____
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
         ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____ for a Telephone Case Management Conference at  p.m.
Case Continued to_____ for OSC RE:_____
Case Continued to_____ for_____ Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off 2/15/08  Expert Discovery Cut-off 4/30/08
Plft to name Experts by 3/14/08  Deft to name Experts by 3/14/08
All Dispositive Motions to be heard by ( Motion Cut-off) 6/17/08
Case Continued to 9/2/08 for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 8/12/08  Motions in limine/objections to evidence due 8/19/08
Responses to motions in limine and/or responses to objections to evidence due 8/26/08
Case Continued to 9/15/08 for Trial(Court/Jury: 3-4 Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
Notes: MANDATORY SETTLEMENT CONFERENCE TO BE HELD DURING THE MONTH OF JULY 2008 BEFORE A MAGISTRATE; PARTIES REQUEST A EARLY SETTLEMENT CONFERENCE TO BE HELD BY 10/19/07                    cc: WINGS HOM VIA FAX