DOUGLAS A. KAHN (SB#: 120790)
Law Offices of Douglas A. Kahn
1299 Fourth Street, Suite 307
San Rafael, California 94901
Telephone:    (415) 460-2888
Facsimile:    (415) 460-2730
Email:   dougkahn@pacbell.net

Attorney for Plaintiff
FREDERICK H. GREENLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREDERICK H. GREENLEY, | ) Case No.  C 07-03208 SBA |
| Plaintiff, | ) **STIPULATION OF DISMISSAL** |
| v | ) |
| THE REYNOLDS & REYNOLDS COMPANY, and DOES 1 through 20, inclusive, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties of this action through their

designated counsel that the above-captioned action be and hereby is dismissed with prejudice

pursuant to FRCP 41(a)(1).

Dated  11/26/07

Douglas A. Kahn
Attorney for Frederick H. Greenley

Dated:  11/27/07

Michelle B. Heverly
Littler Mendelson
Attorneys for Defendant
The Reynolds & Reynolds Company

1          ORDER

2          In consideration of the above stipulation and good cause appearing, IT IS HEREBY

3   ORDERED as follows: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITH

4   PREJUDICE IN ITS ENTIRETY.

5

6   Dated: _____

7

8                                          _____
                                           Hon. Saundra Brown Armstrong
9                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28