1  DOUGLAS A. KAHN (SB#: 120790)
   Law Offices of Douglas A. Kahn
2  1299 Fourth Street, Suite 307
   San Rafael, California 94901
3  Telephone:   (415) 460-2888
   Facsimile:   (415) 460-2730
4  Email:   dougkahn@pacbell.net

5  Attorney for Plaintiff
   FREDERICK H. GREENLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREDERICK H. GREENLEY, | Case No. C 07-03208 SBA |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v | |
| THE REYNOLDS & REYNOLDS COMPANY, and DOES 1 through 20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties of this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated 11/26/07

Douglas A. Kahn
Attorney for Frederick H. Greenley

Dated: 11/27/07

Michelle B. Heverly
Littler Mendelson
Attorneys for Defendant
The Reynolds & Reynolds Company

STIPULATION OF DISMISSAL
CASE NO. C 07-03208 SBA

1

ORDER

2  In consideration of the above stipulation and good cause appearing, IT IS HEREBY

3  ORDERED as follows: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITH

4  PREJUDICE IN ITS ENTIRETY.

5

6  Dated: __12/4/07_____

7

8  _____
   Hon. Saundra Brown Armstrong
9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28